# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.***, KELLY E. SORENSON,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiffs,** | |
| **vs.** | **Case No. 2:16-cv-875** |
| **WADSWORTH BROTHERS CONSTRUCTION COMPANY, INC.,** | **Judge Clark Waddoups** |
| **Defendant.** | |

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Wadsworth Brothers Construction Company, Inc., and against Plaintiff Kelly E. Sorenson, in the amount of **$109,445.50** in reasonable attorneys' fees

DATED this 8th day of March, 2021.

BY THE COURT:

Clark Waddoups
United States District Judge