**CASE NO. 21-4005**

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA, ex rel. KELLY E. SORENSON,

Plaintiff/Appellant,

v.

WADSWORTH BROTHERS CONSTRUCTION COMPANY, INC.,

Defendant/Appellee.

On Appeal from the United States District Court, for the District of Utah

The Honorable Judge Clark Waddoups

No. 2:16-CV-00875-CW-CMR

**APPELLEE WADSWORTH BROTHERS CONSTRUCTION COMPANY, INC.'S APPLICATION/SWORN ITEMIZED STATEMENT FOR ATTORNEYS' FEES**

WILFORD A. BEESLEY, III
JONATHON T. TICHY
**WILFORD BEESLEY, P.C.**
A Professional Corporation
Wells Fargo Center
299 South Main, Suite 1300
Salt Lake City, UT  84111
Telephone: (801) 534-4459
*Attorneys for Defendant/Appellee*

Appellee Wadsworth Brothers Construction Company, Inc. ("Wadsworth") has motioned the Court for an order awarding Wadsworth its attorneys' fees on appeal pursuant to Title 31 U.S.C. §3730(d)(4), and (g), Title 28 U.S.C. §2412(d), Fed. R. App. P. Rule 38, and 10th Cir. R. 39.2. In support of said motion, counsel for Wadsworth now submits the *Affidavit of Wilford A. Beesley III, Esq.* (the "Affidavit"), attached as Exhibit "A" hereto and further provides the Court with an accounting report entitled *Time By Project Name Report* (the "Accounting Report"), attached as Exhibit A-1 to the Affidavit. The Accounting Report contains a summary description of the attorneys' fees, rate, time, date and number of hours attributable exclusively to this matter from January 12, 2021 through September 30, 2022.

To protect Wadsworth's attorney/client, work product and other privileges, counsel has made minor redactions in the time descriptions of the Accounting Report. By producing the Accounting Report for the Court's reference in making a fee award, Wadsworth does not waive, but fully preserves its rights regarding attorney/client, work product, and other privileges. Wadsworth expressly reserves its rights to object to and preclude the use of this information for any other purpose, in this or any other proceeding.

Additional time and fees may continue to accrue in this matter in connection with Sorenson's appeal. Accordingly, Plaintiff intends to supplement its request for Attorneys' Fees and Costs at the conclusion of these proceedings, as further developments arise.

DATED this 3rd day of October 2022

**WILFORD BEESLEY, P.C.**
A Professional Corporation

By: /s/ Wilford A. Beesley III
Wilford A. Beesley III
Jonathon T. Tichy
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 2022, I electronically filed the foregoing

**APPELLEE WADSWORTH BROTHERS CONSTRUCTION COMPANY, INC.'s**

**APPLICATION/SWORN ITEMIZED STATEMENT FOR ATTORNEYS' FEES** via the

Case Management/Electronic Case Filing System of the United States Court of Appeals, 10th

Circuit, and thereafter served electronic means of service (via e-mail) to the following:

Russel T. Monahan
Cook & Monahan, LLC
323 South 600 East, Suite 200
Salt Lake City, Utah 84102
russ@cooklawfirm.com

Carra Sheppard Cadman
U.S. Attorney's Office
Salt Lake City, Utah
Carra.cadman@usdoj.gov

/s/ Wilford A. Beesley III

# EXHIBIT "A"

**CASE NO. 21-4005**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA, ex rel. KELLY E. SORENSON,

Plaintiff/Appellant,

v.

WADSWORTH BROTHERS CONSTRUCTION COMPANY, INC.,

Defendant/Appellee.

On Appeal from the United States District Court

for the District of Utah

The Honorable Judge Clark Waddoups

No. 2:16-CV-00875-CW-CMR

**AFFIDAVIT OF WILFORD A. BEESLEY III**

WILFORD A. BEESLEY III
JONATHON T. TICHY
**WILFORD BEESLEY, P.C.**
A Professional Corporation
Wells Fargo Center
299 South Main, Suite 1300
Salt Lake City, UT  84111
Telephone: (801) 534-4459
*Attorneys for Defendant/Appellee*

STATE OF UTAH                                    )
                                                      : ss.
County of Salt Lake                              )

Wilford A. Beesley III, being first duly sworn, deposes and states:

1.      I am a member in good standing of the Utah State Bar; I am duly licensed to practice by the Supreme Court of the State of Utah and authorized to practice before the United States District Court in Utah and the United States Court of Appeals for the 10th Circuit; and I am a shareholder with the law firm of Wilford Beesley P.C., a professional corporation, attorneys for Appellee Wadsworth Brothers Construction Company, Inc. ("Wadsworth") in the above-entitled action. I am competent to testify to all matters contained herein.

2.      At Wadsworth's request, this firm has undertaken to defend Wadsworth against the claims and allegations made against it in the appeal before the United States Court of Appeals, 10th Circuit, Case No. 21-4005 (the "Appeal").

3.      In the normal course of this firm's business, each attorney of the firm records entries in an electronic time management application describing the services rendered to each client, including the time spent in tenths of hours. Those entries are subsequently retrieved, and the information contained in them is used in the preparation of regular client billings, reports, and related matters. The entries also include such information as the identity of the service provider, dates of service, amount of time spent, and the rate at which the attorneys' fees were computed.  Attached hereto as Exhibit "A-1" is a copy of a *Time By Project*

*Name Report*[1] containing a summary of the attorneys' fees, rate, time, date and number of hours attributable exclusively to the Appeal from January 12, 2021 through September 30, 2022.

4.      In referencing the time and billing records made between January 12, 2021 through September 30, 2022 – which I attest to be an accurate reflection of the time actually billed and paid by Wadsworth (billed through September 30, 2022 and paid through September 15, 2022) in connection with the services rendered by the firm in the Appeal – this representation required the total expenditure of **400.10 hours**. However, additional time and fees may continue to accrue in the Appeal, and for which Wadsworth intends to supplement its request at the conclusion of such proceedings.

5.      Based upon my experience as a practitioner in the Salt Lake City metropolitan area, and based upon the time involved in this Appeal (including, among other things, time spent mediating the Appeal, researching, analyzing, outlining and memorizing case law and applicable statutes, reviewing relevant documents, records, and materials, advising Wadsworth regarding the nature of the Appeal and its various defenses, drafting and filing a responsive brief, preparing for oral argument, and consulting with counsel for Plaintiff in an effort to resolve this matter, etc.), the amounts involved, the seriousness and complexity of the issues raised, and my awareness of the fees customarily charged by reputable attorneys for similar services in the Salt Lake City metropolitan area, among other factors,

---

[1] The Report's time descriptions contain partial redactions to protect attorney/client, work product and other privileges. The redactions are appropriate and necessary. In some time descriptions, the digital redaction tool inextricably removed certain letters from words that were not intended for redaction. Attempts were made to prevent this but not all letter deletions could be avoided. However, counsel believes the missing letters and redactions do not substantively impact the interpretation of the time descriptions.

I believe that all of the services provided and billed have been reasonable and necessary for the proper defense of this action and that the following sums are reasonable fees for such services: **138,947.50**. This sum is calculated based on the prevailing billing rates for my time as lead counsel and a shareholder of this firm, and for the time of other attorneys that have assisted from time to time in various aspects of this matter.

6.    Over the course of this Appeal, my rates have ranged from $360.00 per hour (in early 2021) to $405.00 per hour (in late 2022). The rates of other attorneys assisting have ranged from $225.00 to $340.00 per hour. The average blended rate (i.e., total fees billed and collected divided by actual time spent) for all attorneys working on this Appeal is **$347.2819 per hour (rounded = $347/hour)**. In light of the fact that the calculated average blended rate falls below the lowest end of my individual rate range, I believe this is indicative of the extraordinarily efficient, conscientious, and cost-effective way the Appeal has been managed. These rates are reasonable rates considering all the factors stated above.

7.    In summary form:

| | |
|---|---|
| Hours | 400.10 |
| | x |
| Rate | $347.2819 |
| Total: | **$138,947.50** |

DATED this ___ day of October, 2022.

Wilford A. Beesley III

SUBSCRIBED AND SWORN TO before me this ___ day of October, 2022.

NOTARY PUBLIC
CADEN WELK
COMM. # 710083
MY COMMISSION EXPIRES
JANUARY 16, 2024
STATE OF UTAH

Notary Public

# EXHIBIT "A-1"

# Time By Project Name

Print | Close Window

Project Name: [ False Claims Appeal - Sorenson ⌄ ]

Time Date Range: [ 1/12/2021 ] through [ 9/30/2022 ]   Refresh

| Date | Client Name | Project Name | Description | Hours | Rate | Amount |
|------|-------------|--------------|-------------|-------|------|--------|
| 1/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on 10th Circuit issues preparing for Appeal. | 0.50 | $360.00 | $180.00 |
| 1/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson): Review forwarded materials re appeal. | 0.30 | $325.00 | $97.50 |
| 1/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on appeal issues and analyses. Call with 10th Circuit. | 2.50 | $360.00 | $900.00 |
| 1/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson): Complete and file admission documentation with 10th Circuit. Conference with W. Beesley re appeal issues, court docket access and admission. | 0.70 | $325.00 | $227.50 |
| 1/14/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on 10th Circuit issues and Entry of Appearance and 10th Circuit Certificate of Interested Party Designations. Email ██████ re same. | 2.20 | $360.00 | $792.00 |
| 1/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Correspond with ███████ re issues of case. Further correspondence and review of █████ documents. Discuss with ██. Further correspondence with █████. Finalize Entry of Appearance and Certificate of Interested Parties. Discuss with attorney Tichy. File Entry of Appearance and serve Monahan and Cadman. Email to ██ and team. Received confirmation of | 4.10 | $360.00 | $1,476.00 |

receipt from 10th Circuit.

| 1/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson): Conference with W. Beesley re appeal preparation and entries of appearance. Review correspondence re appeal and coverage issues. | 0.40 | $325.00 | $130.00 |
|---|---|---|---|---|---|---|
| 1/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson): Prepare and file Notice of Appearance and Certificate of Interested Parties. | 0.40 | $325.00 | $130.00 |
| 1/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson): Review several messa_es re a_ellate mediation order and ██████ issue. | 0.20 | $325.00 | $65.00 |
| 1/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on mediation issues re_uired by 10th Circuit. Telephone with ███ discussing issues. Correspond with ██████ re same. Work on case issues. Telephone with █████ discussing case, updates, issues, mediation, settlement options and other matters. Work on case. Email to ██████ ███ re matter, mediation and possible settlement options. Further discussion with attorney Tichy re same. | 5.20 | $360.00 | $1,872.00 |
| 1/25/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work with Tichy on issues and appeal procedure. | 0.50 | $360.00 | $180.00 |
| 1/25/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review Docketing Statement filed by Sorenson. Conference with W. Beesley re mediation call. Review article on mediation/settlement of FCA claims and forward summary of same to W. Beesley. Review and reply to message from court clerk. | 0.40 | $325.00 | $130.00 |
| 2/1/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review update from W. Beesley re telephone mediation. Review and reply to follow up messages re settlement strategy. | 0.30 | $325.00 | $97.50 |
| 2/1/2021 | Wadsworth Brothers Construction Appeal - | False Claims | Prepare for and attend Mediation conference. Discuss claims and issues with mediator. Partici_ate in caucus. further analyses ██████. Email to | 3.90 | $360.00 | $1,404.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Company, Inc. | Sorenson | ▉▉▉▉ per request for information. Review emails from Cynthia re mediation and possible counter. | | | |
| 2/4/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Correspond with 10th Circuit mediator. Correspond with client re mediation updates. Discussion with client and adjustor re mediation, attorneys' fees award, accounting and possible offer back to Sorenson. Correspond with Wadsworth and discuss issues with Lori. Telephone to Guy re same. | 3.50 | $360.00 | $1,260.00 |
| 2/5/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review materials forwarded by W. Beesley. Review several messages to/from 10th Circuit Court appellate mediator. Review and respond to several messages from W. Beesley re settlement offer and issues re Sorenson position. Telephone conference with W. Beesley. | 0.40 | $325.00 | $130.00 |
| 2/5/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Correspond with 10th Circuit mediator. Review pleadings, discuss with client and Cynthia and draft offer. Present to mediator. Review mediator's response informing that Sorenson rejected offer again. Telephone to mediator. Discuss. Discuss with Guy. Correspond with Cynthia. Discuss with attorney Tichy. Review record and issues on appeal. | 3.00 | $360.00 | $1,080.00 |
| 2/8/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Research FCA issues related to appeal. | 2.60 | $360.00 | $936.00 |
| 2/10/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review file, pleadings and telephone to opposing counsel Monahan. Discuss settlement conference that we had with 10th Circuit mediator. Discuss issues and whether Mr. Sorenson has any desire to try and resolve the dispute. Continue to review documents. | 1.80 | $360.00 | $648.00 |
| 2/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review message from counsel for Sorenson re appellate record. Follow-up with W. Beesley re designation of additional materials. | 0.20 | $325.00 | $65.00 |
| 2/18/2021 | Wadsworth Brothers Construction Company, | False Claims Appeal - Sorenson | Review docket, FRAP Rules related to appendix requirements, and necessary documents. Consult with attorney Tichy. Review additional docket entries needed and draft response to opposing counsel | 3.50 | $360.00 | $1,260.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Inc. | | re appendix and additional documents. | | | |
| 2/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review email from opposing counsel related to Appendix issues. Review docket pleadings and work on appeal issues. | 1.50 | $360.00 | $540.00 |
| 2/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Conference with W. Beesley re briefing schedule. Review 10th Circuit docket for current filing status. Initial review of Rule 28 requirements and related rules re briefing format and schedule. | 0.80 | $325.00 | $260.00 |
| 2/24/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Begin outlining appellate briefing schedule. | 0.30 | $325.00 | $97.50 |
| 3/1/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review docket and deadline today for Sorenson's Brief. Review Appellate rules re same. | 0.60 | $360.00 | $216.00 |
| 3/2/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received opposing counsel brief and filings. Discuss outline of tasks with attorney JS and attorney JT and set forth game plan in outlining, drafting, researching and finalizing brief response with team. Review errors in Sorenson Brief. Received updated Brief from Sorenson's counsel. | 3.60 | $360.00 | $1,296.00 |
| 3/2/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Initial review of opening appellate brief and exhibits filed by Sorenson. Review related court notices. Conference with W. Beesley re issues/arguments raised. Begin annotating brief and reviewing case law cited by Sorenson. | 2.60 | $325.00 | $845.00 |
| 3/2/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. T.c. with WAB regarding Sorenson federal claims and status; receive and begin reviewing WAB federal appeals file and opposing counsel's initial brief | 1.20 | $225.00 | $270.00 |
| 3/3/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Review notes and analysis of Attorney JT related to opposing brief. | 0.30 | $225.00 | $67.50 |

| 3/3/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Further planning meeting with attorney JT and attorney JS re outline of response. Discuss points of revised brief and Appendix from opposing counsel. Review docket emails from 10th Circuit. Circulate to legal team. Review attorney JT outline of thoughts, division of brief sections, and responsive issues in preparation of WBC response outline. | 2.30 | $360.00 | $828.00 |
|---|---|---|---|---|---|---|
| 3/3/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Prepare and send initial notes to co-counsel for incorporation into reply brief. Review several follow-up messages. | 0.40 | $325.00 | $130.00 |
| 3/4/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review updates to record, check docket for additional filings and review correspondence with attorney JS and attorney JT regarding apparent misrepresentations by Sorenson in brief. | 0.80 | $360.00 | $288.00 |
| 3/5/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Telephone conference with attorney JS re draft reply brief. | 0.30 | $325.00 | $97.50 |
| 3/7/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Continue drafting core sections of brief; research FCA claims cases and standards. | 9.00 | $225.00 | $2,025.00 |
| 3/8/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Emails with WAB and Attorney JT regarding first draft of appeal brief; continue drafting core components of response brief. | 4.30 | $225.00 | $967.50 |
| 3/8/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Continue verification of case law and arguments cited by Sorenson and annotating briefs and court rulings (85 pp) for use in opposition brief. Follow-up with attorney WAB. Review update and summary from attorney JS. | 2.50 | $325.00 | $812.50 |
| 3/9/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Begin revising, annotating, and supplementing initial working draft of WBC's appellate brief. Review relevant trial court record - re-read motions and rulings at issue on appeal. Review and follow up on several messages from attorney JS and attorney WAB. | 5.80 | $325.00 | $1,885.00 |

Appellate Case: 21-4005    Document: 010110748436    Date Filed: 10/03/2022    Page: 16

| 3/10/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on materiality and Moot arguments to brief. Provide input to attorney JT and JS re these arguments. | 0.70 | $360.00 | $252.00 |
|---|---|---|---|---|---|---|
| 3/11/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on appeal arguments related to findings of fact ruling of Judge Waddoups. | 1.10 | $360.00 | $396.00 |
| 3/11/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. T.c. with WAB regarding status of brief; emails with WAB and Attorney JT regarding same. | 0.30 | $225.00 | $67.50 |
| 3/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Review changes from Attorney JT; begin incorporating revisions to brief. | 1.90 | $225.00 | $427.50 |
| 3/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Additional legal and case law research and begin drafting and organizing legal argument section addressing materiality standard post-Escobar for appellate brief. (8-10 pgs.) | 4.50 | $325.00 | $1,462.50 |
| 3/14/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Substantial revision, reorganization, and supplementation of argument on materiality under the FCA. Follow up with attorney JS on his sections that he is drafting. Review additional 10th Circuit and other federal court rulings on materiality standard. | 4.70 | $325.00 | $1,527.50 |
| 3/14/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Review and incorporate Attorney JT materiality argument into draft brief; draft and revise attorney's fees response section; emails with WAB and Attorney JT regarding arguments and status. | 6.50 | $225.00 | $1,462.50 |
| 3/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Continue verifying record references and reviewing case law statements for accuracy; draft and revise retaliation section; emails and t.c. with attorney WAB and Attorney JT regarding latest complete draft of appeal brief. | 8.00 | $225.00 | $1,800.00 |
| | Wadsworth | | Review email from attorney JS re draft | | | |

| Date | Project | Matter | Description | Hours | Rate | Amount |
|------|---------|--------|-------------|-------|------|--------|
| 3/15/2021 | Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | and issues argued in brief. Respond to attorney JS. Email attorney JT re follow up and editing of brief. Correspond with client re status of brief and issues in case. | 1.10 | $360.00 | $396.00 |
| 3/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Follow-up on several messages re appellate brief. | 0.20 | $325.00 | $65.00 |
| 3/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Emails and text messages with WAB and Attorney JT regarding status of brief draft and strategy for filing by March 19. | 0.20 | $225.00 | $45.00 |
| 3/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Finish review and revision of second working draft of appellate brief and follow up with attorney JS with extensive feedback and notes for preparing final working draft. | 2.20 | $325.00 | $715.00 |
| 3/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Review revisions from Attorney JT; continue revising and preparing brief; review all citations to authority for accuracy; create table of contents and table of authorities; research requirements related to Supplemental Appendix; brief t.c.s with WAB regarding brief drafting and WAB review. | 4.70 | $225.00 | $1,057.50 |
| 3/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on WBC Appellate Brief. Review drafts and formulate revisions and arguments. Edit and revise. Correspond briefly with attorney JT re materiality arguments. Briefly correspond with attorney JS re conspiracy. Further revise and draft arguments. Review the record and appendix. Continue editing and revisions to brief. | 6.50 | $360.00 | $2,340.00 |
| 3/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Draft and edit WBC Appellate Brief. Revise, edit and draft arguments. Review case authorities and holdings. Review District Court rulings and findings. Continue drafting and editing brief. | 7.20 | $360.00 | $2,592.00 |
| 3/18/2021 | Wadsworth Brothers Construction | False Claims Appeal - | [Attorney JT](Sorenson Appeal): Conference with attorney Beesley re effect of state court findings of fact. Review and reply to several messages from attorney JS. Legal research re binding effect of state court findings of | 2.50 | $325.00 | $812.50 |

| Date | Company | Project | Description | Hours | Rate | Amount |
|------|---------|---------|-------------|-------|------|--------|
| | Company, Inc. | Sorenson | fact on federal courts in subsequent case having same factual nexus. Conduct full proofread for grammar and spelling errors and forward feedback to attorney JS and Beesley. | | | |
| 3/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Correspondence email with WAB regarding revisions and analysis of brief, potential tasks, and timeline for finalizing; research and confirm case citations and quotes; create supplemental appendix to include final attorney fee orders from trial court; emails with WAB and Attorney JT regarding additional changes and clarifications; compile, organize, and finalize documents according to federal filing rules. | 5.00 | $225.00 | $1,125.00 |
| 3/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Draft and edit and further revise WBC's Response Brief and work on Supplemental Appendix and compliance matters. Discuss with Mr. Wadsworth. Continue revisions and edits. Review draft. Correct errors and new found issues. Revise Brief. Review case law. Research additional case law. Undertake new revisions. Finalize. Short discussions with attorney JT and JS. File Brief and Supplemental Appendix. Email service to attorney Monohan and Cadman. Email to client re same. | 8.50 | $360.00 | $3,060.00 |
| 3/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief research and minor supplemental drafting. Correspondence email with WAB regarding finalization; further emails with WAB regarding same; shepardize and confirm accuracy of caselaw quotes; finalize PDF version of Brief. | 5.20 | $225.00 | $1,170.00 |
| 3/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Correspond with attorney Beesley. Email correspondence with attorney JS re final proofread of appellate brief, footnote revisions. Legal research re additional questions/arguments suggested by W. Beesley. Review final draft as filed. | 2.40 | $325.00 | $780.00 |
| 3/21/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review WBC Brief. Analyze attorneys fees demand issues on appeal. Quick correspondence with attorney JT and JS re attorneys' fees demand on appeal. Review attorney JT research on point, review and analyze new federal rule. | 1.00 | $360.00 | $360.00 |

| 3/21/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review and reply to several messages from W. Beesley re attorney fees issue. Legal research re Local Rule 39.2 and corresponding comments and case law. Follow up re same. | 0.60 | $325.00 | $195.00 |
| 3/21/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Follow up with WAB regarding process to request attorney fees from Sorenson accrued on appeal | 0.10 | $225.00 | $22.50 |
| 3/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Research and compare vendors for preparation and delivery of paper copies of brief and appendix; coordinate and send files for preparation | 1.20 | $225.00 | $270.00 |
| 3/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received minute entry from 10th Circuit regarding approval of WBC's Response Brief. Review docket and begin working on requirements to file paper copies within 5 business days. Correspond with attorney JS to coordinate filing paper copies in Denver. Review exact copies filed with court and provide to attorney JS. | 1.70 | $360.00 | $612.00 |
| 3/23/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JLS] - Appeal Brief drafting. Check compliance with rules related to paper copies. Emails following up on appeal brief; receive from processor, review, and approve final paper copies of brief and appendix for submission to court. | 0.30 | $225.00 | $67.50 |
| 3/23/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review brief, appendix and prepare for paper copy submission. Correspond with attorney JS regarding filed brief with court and to process and overnight to 10th circuit. | 0.60 | $360.00 | $216.00 |
| 3/24/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received report from 10th Circuit approving paper copies. Receive paper copy and review paper brief for accuracy. Review correspondence from attorney JT. | 1.00 | $360.00 | $360.00 |
| 3/24/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review several notices from Court of Appeals. Review and reply to several messages from attorney Beesley and JS. | 0.30 | $325.00 | $97.50 |
| | Wadsworth Brothers | False Claims | [Attorney JT](Sorenson Appeal): Review notice from Court of Appeals. Review | | | |

| 3/25/2021 | Construction Company, Inc. | Appeal - Sorenson | messages from W. Beesley and attorney JS. Conference with W. Beesley re status. | 0.30 | $325.00 | $97.50 |
| 4/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Review Sorenson's reply brief; emails with WAB regarding the same | 0.30 | $225.00 | $67.50 |
| 4/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received and review Reply Brief from Sorenson. Email to WBC re Reply. | 1.10 | $360.00 | $396.00 |
| 4/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review several messages re reply brief. Review Sorenson's reply brief and follow up with W. Beesley and attorney JS. | 0.60 | $325.00 | $195.00 |
| 5/3/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review docket. Work on appeal matters per client's request and further analyses. Review and prepare reports and email to Cynthia. | 2.40 | $360.00 | $864.00 |
| 7/2/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review Notices from 10th Circuit Court re oral argument scheduling and response forms. Telephone conference with W. Beesley. Review messages from opposing counsel. | 0.40 | $340.00 | $136.00 |
| 7/2/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received notice from court re oral argument scheduled for September 22, 2021. Review docket and court issued information. Review oral argument procedure, rules and guidelines and required filings. Received opposing counsel filed acknowledgment. Received opposing counsel revised acknowledgment and review the same. Discuss briefly issues with attorney Tichy. Prepare WBC acknowledgment and file with the court. Correspondence from court re glitch in system and prepare documents for refile. | 3.40 | $380.00 | $1,292.00 |
| 7/7/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on case law folders and discuss outlining meeting with attorney Tichy and Springer. | 0.60 | $380.00 | $228.00 |
| | Wadsworth | | | | | |

| 7/8/2021 | Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue work on assembling cases cited in briefing. Organize accordingly. | 0.90 | $380.00 | $342.00 |
| 7/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review 10th Circuit oral argument guidelines and watch several 10th Circuit Court sessions for oral argument presentations and preparation. Discuss with Wadsworth re issues and schedule. | 2.20 | $380.00 | $836.00 |
| 7/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Judge Waddoups Ruling on Motion to Dismiss and outline key points. Review FCA and outline key points. | 2.50 | $380.00 | $950.00 |
| 7/14/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Judge Waddoups ruling on Motion for Summary Judgment and Ruling on Motion for Attorney Fees. Review WBC's Response Brief and work on outline for oral arguments. | 4.60 | $380.00 | $1,748.00 |
| 7/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Judge Waddoups ruling and case citations related to collateral estoppel arguments and analyze how it ties into attorneys fees ruling. Review and analyze U.S. ex. Rel. Lusby v. Rolls-Royce. | 3.50 | $380.00 | $1,330.00 |
| 7/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Review briefs and identify and compile all cited cases; organize and transmit cases by reference to briefs; begin preparing spreadsheet summarizing key cases and identifying overlap among case citations | 3.20 | $250.00 | $800.00 |
| 7/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - T.c. with WAB regarding preparation for oral argument, district court rulings, and issue preclusion; identify documents with case references used by district court to begin compiling additional case documents | 0.70 | $250.00 | $175.00 |
| 7/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Judge Kouris ruling. Review WBC Brief. Review issue preclusion arguments, attorneys fees award. Brief discussion with attorney Tichy going through legal arguments and outline for oral argument. Review Sorenson Reply brief. | 4.50 | $380.00 | $1,710.00 |
| 7/19/2021 | Wadsworth Brothers Construction | False Claims | [Attorney JT](Sorenson Appeal): Conference with W. Beesley re structuring appellate arguments and re | 1.40 | $340.00 | $476.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Company, Inc. | Appeal - Sorenson | additional research needed re case law cited in briefs. Legal research re duty to correct. | | | |
| 7/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review standard of review measures and case law thereto. Review Hussain, Migra and Allen cases related to factual findings and issue preclusion from State court to federal court and notions of comity favored. | 3.10 | $380.00 | $1,178.00 |
| 8/6/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received Order from United States Court of Appeals related to Sorenson failing to file Notice of Appeal on Attorneys' Fees Judgment. Review. Email to Guy and team. Email to attorney JT and JS. Discuss the same. | 1.60 | $380.00 | $608.00 |
| 8/6/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Receive and review sua sponte jurisdiction notice from 10th circuit; emails with Attorney JT and WAB regarding the same | 0.20 | $250.00 | $50.00 |
| 8/9/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - T.c. with WAB regarding drafting preparing response to sua sponte jurisdiction filing | 0.10 | $250.00 | $25.00 |
| 8/9/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Begin research into attorney's fees issue raised by the App.Ct. Review and research case law. | 3.50 | $380.00 | $1,330.00 |
| 8/10/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue working on subject matter jurisdiction issue and research. Research Janpol case, Basso, 28 USC 2107, FRAP Rule 4, Bowers case and Hamer case. | 4.40 | $380.00 | $1,672.00 |
| 8/10/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Jurisdictional Response. Review case cited by 10th Cir. Court in sua sponte order and subsequent case law; emails with WAB regarding case law; begin preparing outline of anticipated response | 1.60 | $250.00 | $400.00 |
| 8/11/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Research case law. Analyze Art Janpol v. Fiat, Basso v. Utah Power, Hamer and other citations and Bowles v. Russel. | 5.10 | $380.00 | $1,938.00 |
| | Wadsworth Brothers | False | Continue to analyze Bowles v. Russel related to Notice of Appeal issue and | | | |

| Date | Company | Project | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/2021 | Construction Company, Inc. | Claims Appeal - Sorenson | arguments. Contrast and compare analyses of Hamer v. Neighborhood House Services re same. | 3.40 | $380.00 | $1,292.00 |
| 8/12/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Jurisdiction response. Continue researching issues, statutory deadline, and jurisdictional defect law; follow up with WAB regarding the same; begin drafting opposition memo. | 2.20 | $250.00 | $550.00 |
| 8/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review article on analyses of Bowles and Hamer cases. Review article re judicial review of findings of fact. Analyze Thomas v. Black re materiality. | 3.50 | $380.00 | $1,330.00 |
| 8/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Conference with W. Beesley re Order to Show Cause and case law pertaining to same. Review pleading filed by Sorenson. Follow up with W. Beesley re same and re arguments on effect of supplemental attorney fees ruling. | 1.10 | $340.00 | $374.00 |
| 8/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Research second prong of Notice of Appeal defects argument: Sorenson's failure to file notice of appeal on attorneys fees is fatal to his appeal on the merits. Research FRCP 52(a)(6) and case law associated thereto. Received filing response from Sorenson re missing notice of appeal deadline on fees issue. Research strategy. Discuss with attorney JT and JS (1.0) our response, oral argument focus, dismissal of appeal and other arguments related to Sorenson missing appeal deadline. | 8.50 | $380.00 | $3,230.00 |
| 8/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Follow up with WAB regarding response from opposing counsel to Court's order; consider possible counter arguments and procedural issues with responding; relay the same to WAB | 0.60 | $250.00 | $150.00 |
| 8/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Research and review local and federal court rules regarding substantive relief and related requirements; prepare research summary; emails with WAB regarding same | 1.20 | $250.00 | $300.00 |
| 8/17/2021 | Wadsworth Brothers Construction | False Claims Appeal - | Review Sorenson response. Research into filing motion to dismiss appeal. | 1.50 | $380.00 | $570.00 |

| | Company, Inc. | Sorenson | Email with attorney JS re the same. | | | |
|---|---|---|---|---|---|---|
| 8/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on case review and analyses preparing for oral argument. Review Cox, White, Thomas and Art Janpol cases. Work on oral argument outline. | 5.20 | $380.00 | $1,976.00 |
| 8/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson appeal): Conference with attorney JS re appellate procedure and re potential arguments to raise in mootness motion. | 0.30 | $340.00 | $102.00 |
| 8/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Research case law relating to standards of review for summary disposition in 10th district; analyze fact patterns similar or related to ours | 1.50 | $250.00 | $375.00 |
| 8/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on collateral estoppel arguments related to state ruling and connection to federal court's ruling on fees. Analyze Migra, Allen, and Semtek cases. | 2.20 | $380.00 | $836.00 |
| 8/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Study law review article on Findings of Fact, honorable Jame Carter. Analyze and work on Rule 27 App.Ct.Procedure. Review fees decisions, findings and research case law re estoppel. | 3.10 | $380.00 | $1,178.00 |
| 8/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Conference with W. Beesley re filing motion with appellate court and re case status/strategy. Prepare partial draft of motion and forward same to W. Beesley and attorney JS with comments. | 1.90 | $340.00 | $646.00 |
| 8/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - T.c. with WAB regarding progress of research; begin compiling summary of cases reviewed for motion | 0.20 | $250.00 | $50.00 |
| 8/21/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Continue case law, court rule research regarding standards, appeals, attorneys fees, and related issues; draft motion for court filing; email summaries and issue to WAB regarding same | 3.40 | $250.00 | $850.00 |
| | Wadsworth Brothers Construction | False Claims | Work on response per Court of Appeals instruction. Edit response, research case law, telephone to opposing counsel discussing arguments and positions. | | | |

| 8/23/2021 | Company, Inc. | Appeal - Sorenson | Address arguments to opposing counsel and hear response and positions. Continue work on researching issues raised by opposing counsel. | 5.10 | $380.00 | $1,938.00 |
|---|---|---|---|---|---|---|
| 8/23/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson appeal): Conference with W. Beesley re meet and confer conversation with opposing counsel and re research needed. Legal research re federal case law on affect of reversal of underlying decision on the merits on subsequent attorney fees award. Prepare preliminary summary/memo re same and forward to W. Beesley. | 2.80 | $340.00 | $952.00 |
| 8/23/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - T.c. with WAB regarding arguments and strategy relating to motion for summary disposition | 0.20 | $250.00 | $50.00 |
| 8/25/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson appeal): Assist W. Beesley with oral argument issues, structure and strategy and address matters re merits of potential pre-hearing motion. | 0.80 | $340.00 | $272.00 |
| 8/25/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - T.c.s following up with WAB regarding potential filing of motion and response from opposing counsel; strategy discussions and considerations regarding same | 0.20 | $250.00 | $50.00 |
| 8/25/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Research law relating to findings of fact and judgments. Research vacating judgments. Research issues applicable to attorney's fees decisions. Review Court's change of venue to zoom for oral arguments. Revise Calendar Acknowledgment and file with court. | 4.80 | $380.00 | $1,824.00 |
| 8/26/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue work on motion for summary affirmation. Review law. Determine to hold for oral arguments. | 2.40 | $380.00 | $912.00 |
| 8/27/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Research materiality and review Sorenson's arguments in appeal brief on materiality under the 12(b)6 standard of review. | 2.20 | $380.00 | $836.00 |
| | Wadsworth Brothers | False Claims | [Attorney JT](Sorenson appeal): Review and provide input on draft arguments | | | |

| 8/27/2021 | Construction Company, Inc. | Appeal - Sorenson | forwarded by W. Beesley re Sorenson appeal. | 0.50 | $340.00 | $170.00 |
|---|---|---|---|---|---|---|
| 9/1/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Correspond with Lori re matter. Correspond with Cynthia re same. Work on case and oral argument outline. Further correspondence with Cynthia and Lori at WBC. Review Lusby and Eisenstein case. | 2.50 | $380.00 | $950.00 |
| 9/3/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on oral argument outline. Quick review of Miller, Dewitt, McDonnel Douglas, Abercrombie, Reed, Cella and Westrick cases. | 3.80 | $380.00 | $1,444.00 |
| 9/6/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on oral argument outline. Review District Court Ruling on Motion to Dismiss, and Motion for Summary Judgment. Study rationale and reasoning of district court. Review Tyoba, Westrick, Peterson and Connor cases. | 3.70 | $380.00 | $1,406.00 |
| 9/7/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review, analyze and outline Jansen, McDaniel, Coutu and Universal Health cases. | 5.50 | $380.00 | $2,090.00 |
| 9/8/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Sorenson Brief and outline cases and arguments. Review Wadsworth Brief. Draft Motion for Leave to Correct Brief. Discuss with Monahan. File. Read through Young, Morgan, Plotke and Fuentes cases. | 4.50 | $380.00 | $1,710.00 |
| 9/9/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review Sorenson's arguments related to Direct Evidence, Proffered Reason and Pretext. Review DeWitt, Marx, Plotke and Coffman cases. | 4.80 | $380.00 | $1,824.00 |
| 9/10/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on oral argument outline. Review Wadsworth arguments and case law. Review Natural Gas Royalties, Praxiair, Bylin, and Marx cases and U.S. Labor - Wage Resource Handbook and Davis-Bacon regulations. | 5.50 | $380.00 | $2,090.00 |
| 9/11/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on oral argument outline of cases. Review State Court Findings. Review District Court's February 3, 2021 Decision. Review Janpol case. Review Davis Bacon Act, Wage Resource Book and related United States Code sections. | 3.30 | $380.00 | $1,254.00 |

| 9/13/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue drafting and revising oral argument outline of cases and arguments. Study Escobar, Heart Solution, Coutu, McDaniel, Poehling, Mateski, Janssen, and Union 98 v. Farfield. | 8.00 | $380.00 | $3,040.00 |
|---|---|---|---|---|---|---|
| 9/14/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on oral argument cases and outline. Review Farfield, Mateski, Scan Health Plan, Sprint, Coffman and Bornstein cases. | 5.20 | $380.00 | $1,976.00 |
| 9/15/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on opening of oral argument. Draft points and issues. Review Smith, Sheet Metal Workers, Circle C, Local Union 38, Papasan, Gilead and Gulf Coast cases. Review F.R.Civ. Pro 52(a)(6). Review 28 USC 1738 Full Faith and Credit clause and Davis Bacon laws and Bacon Prevailing Wage Resource Book. Continue review and study of cases: Conner, Westrick, Toyota, Ahumada, Krol, Coutu and McDaniel. | 7.60 | $380.00 | $2,888.00 |
| 9/16/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue work on case outlines. Outline the following cases and shape oral arguments around case law: Texas Dept. of Community Affairs, Coffman, Munoz, Sweeney, Plotke, Morgan, Young, Dewitt, Miller, Marx, Cortez, Tepperwien, Riggs, Fischer, and Abercrombie cases. | 8.20 | $380.00 | $3,116.00 |
| 9/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Practice oral arguments. Work on outline. Review key exhibits in the record. Continue working on oral arguments and memorize cases. | 5.20 | $380.00 | $1,976.00 |
| 9/20/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on Oral Argument Case Outline. Prepare for mock with attorney JT. Conduct mock oral argument. Discuss issues and continue mock presentation of oral arguments several times. Further discuss cases and points of argument. Work on micro oral argument outline. Work on key cases: Escobar, Janssen, Coffman, Payton, Mateski, Bell South, Reed, Cella, McDonnel Douglas, DeWitt, Burdine. Review February Memorandum Decision. Review State Court Decision. Review Sorenson Affidavit. Review Complaint. | 8.60 | $380.00 | $3,268.00 |
| | Wadsworth | False | [Attorney JT](Sorenson Appeal): Review all appellate briefs and key pleadings in | | | |

| 9/20/2021 | Brothers Construction Company, Inc. | Claims Appeal - Sorenson | record. Prepare for and participate in oral argument mocks and provide feedback. Telephone conference with W. Beesley re additional oral argument issues. | 3.10 | $340.00 | $1,054.00 |
| 9/21/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Finalize oral argument Prep. Continue drafting micro oral argument outline. Review cases in micro outline. Review District Court Rulings (4 rulings). Review arguments. Work on outline, practice oral argument, review all outline cases, review Fishcer and TWA cases on direct evidence and continue work on final points for oral argument. | 9.50 | $380.00 | $3,610.00 |
| 9/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Prepare for oral argument. Check-in with 10th Circuit Clerk for oral arguments. Participate in opening instructions and intro to appellate court panel hearing the arguments. Continue to prepare for oral argument. Participate in oral argument before Judge Brisco, Bacharach and Murphy. Respond to questions, make arguments, respond to Sorenson arguments. Review questions and issues raised by court. Review complaint. Review Sorenson affidavit. Discuss oral argument with Lori Wadsworth. Call Guy. | 7.40 | $380.00 | $2,812.00 |
| 9/22/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Attorney JLS - Observe WAB oral arguments to 10th Circuit Court of Appeals; t.c. with WAB providing input, notes, and feedback | 1.00 | $250.00 | $250.00 |
| 9/23/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review further issues raised by app.ct panel in oral arguments and discuss with client. Review Sorenson Affidavit and Complaint. | 2.10 | $380.00 | $798.00 |
| 9/24/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Telephone to 10th Circuit inquiry re oral arguments and timing for decision. Communicate with Cynthia re timing and oral argument summary. Review file and attorney fee issues under appellate rules. | 1.10 | $380.00 | $418.00 |
| 9/27/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Discussion with Guy Wadsworth re oral argument and various related issues going forward. | 0.60 | $380.00 | $228.00 |
| | Wadsworth | | Correspondence with Guy re oral | | | |

| 9/30/2021 | Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | argument audio recording. Review Farfield case regarding materiality and possible issues to raise with DC if remanded. | 2.10 | $380.00 | $798.00 |
| 10/4/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on case details for client. Correspond with Wadsworth and team re same. Discuss issues with Lori. Discuss with attorney Tichy re attorney fees, various scenarios re affirmation, remand and steps to take. | 2.50 | $380.00 | $950.00 |
| 11/18/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review 10th Circuit Rules regarding to decisions, timing, mandate, certiorari and attorney fees. | 1.60 | $380.00 | $608.00 |
| 11/19/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue work on post ruling preparations. Review Mandate rules and timing. Telephone to 10th Circuit re same. Review 10th Circuit Rules of Appellate Procedure and contrast and compare to District Court Local Rules. | 2.50 | $380.00 | $950.00 |
| 12/17/2021 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Email from client ▓ requesting update report on case. Review file, documents and provide response to ▓. | 0.80 | $380.00 | $304.00 |
| 5/24/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Review issues and status. | 0.50 | $405.00 | $202.50 |
| 9/9/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Received published decision from United States Court of Appeals. Begin review of 25 page ruling. Received Judgment from United States Court of Appeals. Discuss with attorney JT regarding decision and next steps if any (.3). Discuss with ▓ at WBC re outcome. Email to ▓ at WBC and ▓▓▓▓▓▓ re outcome. Research timing for Sorenson to file for re-hearing and review Appellate rules. | 3.50 | $400.00 | $1,400.00 |
| 9/9/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson Appeal): Review ruling, correspondence to attorneys, and full written opinion forwarded by 10th Circuit Court of Appeals. Conference with W. Beesley re same and re Sorenson's options for seeking rehearing. | 1.00 | $340.00 | $340.00 |

| 9/12/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Further review of decision and begin research into attorneys fees issue, timing, US Code, 10th Circuit jurisdiction and local rules. | 2.80 | $400.00 | $1,120.00 |
| 9/13/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Further analyses of decision and call 10th Circuit regarding grammatical issue. Further research legal fees on appeal. Review FRAP re costs, legal fees, motion, timing, and petition for rehearing. Review Supreme Court Rules, and Cert to Supreme Court timing and issues. | 2.80 | $400.00 | $1,120.00 |
| 9/19/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Email from ▓▓▓▓▓▓ Wadsworth requesting memo and outline on decision, timing, fees, costs, writ of certiorari, motion and other matters. Analyze request and details, review research and  re  are memo re same. Email ▓▓▓▓▓▓ Wadsworth representatives re same. | 2.40 | $400.00 | $960.00 |
| 9/21/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Work on outline formulation for Motion for Attorney Fees and Costs. Review Title 31 U.S.C. 3730(d)(4), (g), Title 28 U.S.C. 2412(d), Fed R. App. P. Rule 38, 39, and 10th Circuit R. 39.2. Review Pack case. Review Court Decision, key sections and footnotes establishing frivolous appeal, review District Court Orders, Appendix on Appeal and court documents. Work on arguments section. | 6.10 | $400.00 | $2,440.00 |
| 9/22/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | [Attorney JT](Sorenson appeal): Review draft motion for attorney fees and provide feedback re same. Telephone conference with W. Beesley re attorney fees motion and re follow up work needed. | 0.40 | $340.00 | $136.00 |
| 9/22/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - Sorenson | Continue work on Motion for Attorneys' Fees. Analyze and review 28 USC 2412. Compare to 31 USC 3730. Draft Affidavit, and Application for Fees and Itemization. Begin review of invoice report and time descriptions. Review numbers and attorney requirements related to fees. Continue drafting pleadings. Discuss issues with attorney JT re same. (.4). | 4.50 | $400.00 | $1,800.00 |
| 9/30/2022 | Wadsworth Brothers Construction Company, Inc. | False Claims Appeal - | Work on review of time entries and descriptions for necessary redactions. Work on Motion for Fees and Exhibits. | 1.30 | $400.00 | $520.00 |

Inc.              Sorenson

| | | |
|---|---|---|
| SUBTOTAL | 400.10 | $138,947.50 |
| **GRAND TOTAL** | **400.10** | **$138,947.50** |