UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

November 8, 2022

Mr. D. Mark Jones  
United States District Court for the District of Utah  
351 South West Temple  
Salt Lake City, UT 84101

**RE:** **21-4005, Sorenson v. Wadsworth Brothers Construct**  
Dist/Ag docket: 2:16-CV-00875-CW

Dear Clerk:

Please be advised that a fee order issued today. It supplements the previously issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:　　Wilford A. Beesley III  
　　　　Russell Thomas Monahan  
　　　　Jonathon Tichy

CMW/sls